IN THE DISTRICT COURT IN AND FOR CHOCTAW COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br>Plaintiff | )<br>)<br>) |
| vs. | ) CF-20-103<br>) |
| THOMAS PHILLIPS III,<br>Defendant. | )<br>)<br>) |

FILED
IN DISTRICT COURT
CHOCTAW COUNTY, OKLAHOMA
MAR 1 9 2021
Laura Sumner, Court Clerk
By_____ Deputy

Date: 03-19-2021

### ORDER MODIFYING BOND

On February 23, 2021, Defendant filed a Motion for Medical Own Recognizance Bond. Hearing was held March 16, 2021. The State was present through Assistant District Attorney Heidi Silcox. Defendant was present in person with counsel, Brecken Wagner. Ginger Baze, CSR, reported.

Defendant called jail administrator Christie Terry-Ball as a witness. Terry-Ball's testimony was unequivocally that the jail cannot meet the special medical needs of Mr. Phillips. The State objected to any further form of bond relief. The State also announced that family and friends of the deceased were present and they vehemently objected to Defendant being released.

The Court hereby modifies Defendant's bond as follows. Defendant is hereby granted a $500,000 signature bond, provided both Defendant and his wife, Sydney Phillips, must agree to act as sureties, jointly and severally, that Defendant appear at all Court appearances and that the following conditions of bond are met.

1. Defendant shall be placed under house arrest at all times and may only leave the house to attend Court and receive medical treatment.

2. Defendant shall have no contact direct or indirect with any of the charged victims in this matter.
3. Defendant shall not possess firearms or ammunition.
4. There shall be no firearms or ammunition kept within the home.
5. Defendant shall not possess or consume alcohol or illegal drugs.
6. There shall be no alcohol or illegal drugs kept within the home.
7. Co-signator Sydney Phillips agrees to submit herself to the jurisdiction of this Court and abide by the terms of this Order.
8. Should Sydney Phillips become aware at any time that any conditions of bond are being broken, she must report that fact to the Court as soon as possible.
9. Any peace Officer who has probable cause to believe Defendant has violated any condition of his bond shall take Defendant into custody immediately and submit an affidavit of probable cause to that effect to the Court within 48 hours.
10. Defendant's release shall be subject to review at every Court hearing. This modification is being made due to Defendant's grave medical issues. Bond may be strengthened in the future without cause should Defendant's medical condition change.
11. Defendant and Mrs. Phillips, if they agree to abide by the terms above, shall sign a copy of this Order and in so doing, shall be bound by its terms.

IT IS SO ORDERED!

_____
Judge of the District Court

I HAVE READ AND UNDERSTOOD THIS ORDER AND I UNDERSTAND THAT BY SIGNING BELOW I AGREE TO POST BOND AND ACT AS SURETY TO THE TERMS AND CONDITIONS LISTED ABOVE.

_____
Defendant

_____
Sydney Phillips

## Certificate of Mailing

I hereby certify that on the 19th day of March, 2021 I mailed, postage prepaid, a true and correct copy of the above order to:

_____
Laura Sumner
Court Clerk

By _____
Kim Young
Deputy Court Clerk

cc: DA
Boucken Wagner